James E. Egan
Attorney at Law
315 W. Kennewick Ave.
Kennewick, WA 99336
(509) 586-3091

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DAVID CORNEJO,<br><br>　　　　　Defendant. | Cause No. CR-11-2079-WFN-3<br><br>**ORDER GRANTING SECOND MOTION TO MODIFY CONDITIONS OF RELEASE** |

　　Before the court is Defendant's Second Motion to Modify Conditions of Release.

　　For the reasons set forth in Defendant's Motion, IT IS HEREBY ORDERED that Defendant's Motion is GRANTED on the following conditions: Defendant's David Cornejo, Gusmaro Mendoza-Baez and Carlos Mendoza-Baez may have contact but shall not discuss the charges filed herein or any facts or circumstances related thereto.

　　IT IS SO ORDERED. The District Court Executive is directed to enter this order and to provide copies to counsel.

　　DATED this 14th day of October, 2011.

　　　　　　　　　　　　　　　　　　　　　　　　s/James P. Hutton
　　　　　　　　　　　　　　　　　　　　　MAGISTRATE JUDGE JAMES P. HUTTON

**Order Granting Second Motion
to Modify Conditions of Release- 1**